IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIVAGEN PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS INC., AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL PHARMACEUTICALS PVT. LTD, AMNEAL EU LTD., <br><br> Defendants. | C.A. No. 24-0846-GBW |

## ORDER

At Wilmington, this **23rd** day of September 2024,

For the reasons set forth in the Memorandum Opinion also issued this day, **IT IS HEREBY ORDERED** that:

1. Plaintiff Nivagen Pharmaceuticals, Inc.'s Motion for a Temporary Restraining Order and for a Preliminary Injunction (D.I. 12) is **GRANTED**.

2. Defendants Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals of New York, LLC, Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals Pvt Ltd., and Amneal EU, Ltd (collectively, "Amneal" or "Defendants"), their officers, agents, servants, employees, and attorneys are enjoined from commercially manufacturing, using, offering to sell, or selling within the United States, or importing into the United

States, their ready to use potassium phosphates injectable product described in NDA No. 21-8343 (the "Amneal RTU Product") until further Order of the Court.

3. Nivagen shall post a bond in an amount to be determined by the Court following receipt of the supplemental briefing requested from the parties on the amount of the required bond. *See* D.I. 53.

4. The preliminary injunction remains in force until further Order of this Court.

                                                  GREGORY B. WILLIAMS
                                           UNITED STATES DISTRICT JUDGE