

**WILMINGTON**
**RODNEY SQUARE**

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

September 18, 2024

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

REDACTED - PUBLIC VERSION
Filed September 25, 2024

Re: *Nivagen Pharmaceuticals, Inc. v. Amneal Pharmaceuticals, Inc., et al.*, C.A. No. 24-846-GBW

Dear Judge Williams:

On behalf of the Amneal Defendants, we write to advise the Court, ▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Should Your Honor have any questions regarding the foregoing, counsel for Amneal are available at the Court's convenience.

Respectfully,

/s/ *Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

cc: All Counsel of Record (via E-mail)

---

[1] https://investors.amneal.com/news/press-releases/press-release-details/2024/Amneal-Receives-U.S.-FDA-Approval-for-Potassium-Phosphates-Injection-IV-Bags/default.aspx.