

**WILMINGTON**
**RODNEY SQUARE**

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

September 19, 2024

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

PUBLIC VERSION
Filed September 25, 2024

      Re:   *Nivagen Pharmaceuticals, Inc. v. Amneal Pharmaceuticals, Inc., et al.*, C.A. No. 24-846-GBW

Dear Judge Williams:

    On behalf of the Amneal Defendants, we write to advise the Court that Amneal opposes Nivagen's request for an accelerated briefing schedule on bond issues. (D.I. 55.) Amneal is working expeditiously to provide the Court with as fulsome a presentation as possible in advance of the Monday, September 23 opening letter deadline (D.I. 53), but may not be able to do so by Nivagen's proposed new deadline of tomorrow, September 20 at 5:00 pm Eastern. Should the Court prefer to expedite the briefing schedule on potential bond issues, Amneal respectfully requests the Court permit Amneal to file its opening submission on Saturday, September 21 at 5:00 pm Eastern, with its responsive submission due on Monday, September 23 at 5:00 pm Eastern.

    Should Your Honor have any questions or concerns regarding the foregoing, counsel for Amneal are available at the Court's convenience.

                                                    Respectfully,

                                                    */s/ Anne Shea Gaza*

                                                    Anne Shea Gaza (No. 4093)

cc: All Counsel of Record (via CM/ECF and E-Mail)

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253    YoungConaway.com