# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIVAGEN PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-846-GBW |
| | ) |
| AMNEAL PHARMACEUTICALS, INC., | ) **JURY TRIAL DEMANDED** |
| AMNEAL PHARMACEUTICALS of | ) |
| NEW YORK, LLC, AMNEAL | ) |
| PHARMACEUTICALS LLC, AMNEAL | ) **PUBLIC VERSION** |
| PHARMACEUTICALS PVT LTD., and | ) |
| AMNEAL EU, LTD. | ) |
| | ) |
| Defendants. | ) |

### LETTER TO THE HONORABLE GREGORY B. WILLIAMS
### FROM BINDU A. PALAPURA

OF COUNSEL:

Shashank Upadhye
Yixin H. Tang
Brent Batzer
UPADHYE TANG LLP
109 Symonds Dr. #174
Hinsdale, IL 60522
Tel: (312) 327-3326

Bindu A. Palapura (#5730)
Andrew M. Moshos (#6685)
Malisa C. Dang (#7187)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
bpalapura@potteranderson.com
amoshos@potteranderson.com
mdang@potteranderson.com

Dated: October 1, 2024
11746122 / 23316.00002
Public Version Dated: October 8, 2024

*Attorneys for Plaintiff Nivagen Pharmaceuticals, Inc.*

**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Bindu A. Palapura
Partner
bpalapura@potteranderson.com
Direct  302.984.6092

October 1, 2024
Public Version Dated: October 8, 2024

**VIA ELECTRONIC FILING**

The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

**PUBLIC VERSION**

Re:   *Nivagen Pharmaceuticals, Inc. v. Amneal Pharmaceuticals, Inc., et al.*,
      C.A. No. 24-846-GBW

Dear Judge Williams:

I write on behalf of Plaintiff Nivagen Pharmaceuticals, Inc. ("Nivagen") concerning the Court's Order for Nivagen to post a bond in the amount of $30,000,000.  D.I. 63.  Nivagen appreciates the resources that the Court devoted to Nivagen's motion for a temporary restraining order and a preliminary injunction, but regrettably is unable to post the $30M bond by today's deadline.

As explained in Nivagen's papers, it is a small company                           . Nivagen diligently worked                              to post the bond. Due to the bond underwriting process                                                                                                                                                               Nivagen has been unable to complete this process.

Counsel is available if the Court has any questions.

Respectfully,

*/s/ Bindu A. Palapura*

Bindu A. Palapura

BAP:nmt/11746122 / 23316.00002

cc:   Clerk of Court (via hand delivery)
      Counsel of Record (via electronic mail)