IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIVAGEN PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS of NEW YORK, LLC, AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS PVT LTD., AND AMNEAL EU, LTD., <br><br> Defendants. | Civil Action No. 24-0846-GBW |

## ORDER

AND NOW this 15th day of October 2024, given Plaintiff Nivagen Pharmaceuticals, Inc.'s ("Plaintiff") failure to post bond in the amount of $30 million on or before October 1, 2024 as security for the temporary restraining order and preliminary injunction issued by the Court on September 23, 2024 (D.I. 62) and given that Plaintiff still has not posted the required bond as of this date, and having considered Defendants Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals of New York, LLC, Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals Pvt Ltd, and Amneal EU, Ltd (collectively, "Defendants") letters moving the Court to terminate or withdraw its award of injunctive relief in Plaintiff's favor (D.I. 77, D.I. 83), **IT IS HEREBY ORDERED THAT** the temporary restraining order and preliminary injunction issued by the Court on September 23, 2024 (D.I. 62) are hereby terminated due to Plaintiff's failure to post bond.

<br>

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE